UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITAN AMAYA,<br><br>            Petitioner,<br><br>      v.<br><br>BRYAN D. PHILLIPS, Acting Warden<br><br>            Respondent. | Case No. 5:22-cv-1613-FLA (JPR)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition, the other records on file herein, and the Magistrate Judge's Report and Recommendation. The court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. The Petition is denied with prejudice.

2. Judgment be entered consistent with this order.

3. The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: August 16, 2023

                                        FERNANDO L. AENLLE-ROCHA
                                        United States District Judge