JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITAN AMAYA, | Case No. 5:22-cv-1613-FLA (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| BRYAN D. PHILLIPS, Acting Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is dismissed with prejudice.

DATED: August 16, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge